RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2025 OK 14
Decided: 03/03/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 14, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

 

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the annual renewal requirements for 2025.

Pursuant to 20 O.S., Chapter 20, App. 1, Rules 20(c) and 23(d), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective March 3, 2025.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 3rd day of MARCH, 2025.

 

/S/CHIEF JUSTICE

Rowe, C.J., Kuehn, V.C.J., Winchester, Edmondson, Combs, Gurich, Darby and Kane, JJ., concur.

 

 

CSR Exhibit A

 

 
 
 
 Name
 
 
 Reason
 
 
 CSR #
 
 
 
 
 Dennis Brown
 
 
 CSR #139
 
 
 Renewal Fee
 
 
 
 
 Francine Dais
 
 
 CSR #2000
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Joni Humphries
 
 
 CSR #1236
 
 
 Renewal Fee
 
 
 
 
 Lorna Igert
 
 
 CSR #844
 
 
 Renewal Fee
 
 
 
 
 Sherry Jones
 
 
 CSR #1345
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Lisa Morgan
 
 
 CSR #1658
 
 
 Renewal Form and Continuing Education
 
 
 
 
 Leslie Ruiz
 
 
 CSR #1854
 
 
 Renewal Fee and Continuing Education
 
 
 
 
 Carrie Trout
 
 
 CSR #159
 
 
 Renewal Fee